John Cooke WILSON, Plaintiff—Appellant,

v.

Warden MCKELLER; Jon Ozmint, Director; Gary Manigault, Officer; Partner, Defendants—Appellees.

No. 07–6823.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 6, 2007.

Decided: Nov. 21, 2007.

John Cooke Wilson, Appellant Pro Se. Samuel F. Arthur, III, Bradford Cary Andrews, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina; Benjamin Albert Baroody, Bellamy, Rutenburg, Copeland, Epps, Gravely & Bowers, PA, Myrtle Beach, South Carolina, for Appellees.

Before MICHAEL and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Cooke Wilson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and

find that Wilson has failed to demonstrate that his injuries, if any, were not de minimus in nature. Wilson also alleges that one of the correctional officers used a racial slur while assaulting him. While the alleged statement was deplorable, mere threats or verbal abuse, without more, do not state a cognizable claim under § 1983. *See Northington v. Jackson,* 973 F.2d 1518, 1524 (10th Cir.1992) (citing *Collins v. Cundy,* 603 F.2d 825, 827 (10th Cir.1979)); *see also Carter v. Morris,* 164 F.3d 215, 219 n. 3 (4th Cir.1999). Accordingly, we affirm for the reasons stated by the district court. *Wilson v. McKeller,* No. 6:06–cv–01633–GRA (D.S.C. May 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*